**Shawn Justin BURRIS, Plaintiff–Appellant,**

v.

**Det WARE; Det Sturkie; Det Terry; Ptl Scott Michael Thomes; Thomas Eugene Bennett; Sgt Darin Cobb, Defendants–Appellees,**

and

**North Charleston Police Department; Arresting Officer, Case # M610284, Defendants.**

**No. 14–7473.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 16, 2015.

Decided: April 20, 2015.

Charleston, South Carolina for Appellees.

Before AGEE and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shawn Justin Burris appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*